October 3, 1949

No. 7743.— —*United States* v. *M. V. Jenkins et al.* Entered at Sumas, Wash., and Blaine, Wash. Reap. Dec. 7730. Motion by plaintiff.